RICHARD N. DUFFY, Respondent, v. ERNEST F. DUNHAM and Others, Defendants, and JOHN J. SLATTERY, Appellant, Copartners, etc.— Order modified by striking out the paragraph of the prayer for relief numbered " III," and all of the paragraph

of the complaint numbered " tenth " after the words " moneys paid over and securities deposited as aforesaid by this plaintiff;" and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.